UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-1672-JST(MLGx) | Date | July 26, 2011 |
|---|---|---|---|
| Title | BRIAN GINGRAS v. CASHCALL INC., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER TO SHOW CAUSE RE FAILURE TO FILE NOTICE OF SETTLEMENT**
**RETURNABLE: AUGUST 2, 2012**

     This case was ordered to the Court's Mediation Panel for possible resolution. On July 23, 2012, the mediator filed a report indicating that mediation did not take place because the case settled (doc. 33). The parties are HEREBY ORDERED to show cause in writing why they failed to file a notice of settlement pursuant to Local Rule 16-15.7. The parties are ordered to file a response to this Order to Show Cause no later than August 2, 2012. The filing of a notice of settlement shall be deemed a sufficient response.

                                                                                                            :

Initials of Preparer   enm